

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2014

No. 04-14-00795-CV

**IN RE** Roddy G. **MARTIN**

Original Mandamus Proceeding[1]

### ORDER

Sitting:  Karen Angelini, Justice
     Marialyn Barnard, Justice
     Patricia O. Alvarez, Justice

On November 14, 2014, relator filed a petition for writ of mandamus and a request for emergency relief pending a ruling on the mandamus petition. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and request for emergency relief are DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on November 19, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 14-435CCL, styled *South Texas Powerwash and Striping Inc. v. Roddy G. Martin* , pending in the County Court at Law, Kendall County, Texas, the Honorable Bill R. Palmer presiding.